

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 21, 2014

**BY ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    <u>United States</u> v. <u>Jesus Mena, et al.</u>,
             S2 13 Cr. 00143 (JMF)

Dear Judge Furman:

      The Government respectfully submits this letter pursuant to the Court's March 18, 2014 Order, directing the Government to file a statement with respect to its compliance with its disclosure obligations to defendant Jesus Mena. The Government is currently unaware of any <u>Brady</u> material regarding the defendant, but will provide timely disclosure if any such material comes to light. In addition, the Government will provide material under <u>Giglio</u> v. <u>United States</u>, 405 U.S. 150, 154 (1972), and its progeny, in a timely manner. The Government also, of course, recognizes that its obligations to produce discovery are ongoing in nature and will continue to produce relevant documents or other items as they are provided to the Government.

                                  Respectfully submitted,

                                    PREET BHARARA
                                  United States Attorney

                    By: ____/s_____
                        Amy Garzon / Edward Diskant
                        Assistant United States Attorneys
                        Telephone: (212) 637-2431 / 2294

CC:    David Touger, Esq.
        *Attorney for defendant Jesus Mena*