```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/29/2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -v-                                                           13 Cr. 143(JMF)

JUDITH P. FADUL, et al,                                      REVISED
                                                                                SCHEDULING ORDER
                Defendants.

-------------------------------------------------------------------X

JESSE M. FURMAN, District Judge:

      IT IS HEREBY ORDERED that the time for the conference in this matter, scheduled for **April 30, 2014**, is changed from 3:45 pm to **1:45 pm** in **Courtroom 1105** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York.

      SO ORDERED.

Dated: April 29, 2014
       New York, New York

_____
JESSE M. FURMAN
United States District Judge