UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  05/16/2014
```

:

UNITED STATES OF AMERICA

:                          **ORDER**

 -v.-

:                          S2 13 Cr. 143 (JMF)

KENNETH GARCIA, et al.

:

Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

WHEREAS, the Court issued a decision in the above-referenced matter on April 21, 2014, entered at Docket No. 150;

WHEREAS, the United States of America, by and through Preet Bharara, United States Attorneys, Amy Garzon and Edward Diskant, of counsel, have requested an extension of the 30-day deadline within which to file a Notice of Appeal of that decision as required by Federal Rule of Appellate Procedure 4(b)(1)(B)(i) and 18 U.S.C. § 3731;

WHEREAS, Federal Rule of Appellate Procedure 4(b)(4) provides that "[u]pon a finding of excusable neglect or good cause, the district court may before or after the time has expired, with or without motion and notice extend the time to file a notice of appeal for a period not to exceed 30 days from the expiration of the time otherwise prescribed by this Rule 4(b)";

WHEREAS, the Government requests the extension to enable the Solicitor General to review the Court's decision and determine whether to appeal the decision;

WHEREAS, the Court finds that the Government has demonstrated good cause to extend the time to file a notice of appeal for 30 days;

IT IS HEREBY ORDERED that the Government's deadline to file a notice of appeal is extended by 30 days, until and including June 18, 2014.

Dated:  New York, New York

May 15, 2014

_____
THE HONORABLE JESSE M. FURMAN
UNITED STATES DISTRICT JUDGE

The Clerk of Court is directed to terminate Docket No. 159.